OSCN Found Document:IN RE: RULE AMENDING RULES GOVERNING ADMISSION TO PRACTICE OF LAW

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE: RULE AMENDING RULES GOVERNING ADMISSION TO PRACTICE OF LAW
2014 OK 115
Case Number: SCBD-6193
Decided: 12/15/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 115, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: PROPOSED RULE AMENDING THE RULES GOVERNING ADMISSION TO THE PRACTICE OF LAW IN THE STATE OF OKLAHOMA

ORDER

¶1 The Court hereby adopts as set forth and attached hereto the amendment to the Rules Governing Admission to the Practice of Law in the State of Oklahoma, 5 O.S. Supp. 2014, Ch. 1, App. 5, by adding a new rule, Rule Fifteen, and renumbering the previous Rule Fifteen as Rule Sixteen.

¶2 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Rules Governing Admission to the Practice of Law in the State of Oklahoma, 5 O.S. Supp. 2014, Ch. 1, App. 5, is amended by adding a new rule, Rule Fifteen, and renumbering the previous Rule Fifteen as Rule Sixteen. The amendment shall be for official publication and published in three (3) consecutive issues of the Oklahoma Bar Journal and that it shall be effective January 1, 2015.

DONE BY THE ORDER OF THE SUPREME COURT THIS 15TH DAY OF DECEMBER, 2014.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

 

 

Rules Governing Admission to the Practice of Law in the State of Oklahoma

Rule Fifteen

(a) The Board of Bar Examiners and its members, employees and agents are immune from all civil liability for damages for conduct and communications occurring in the performance of and within the scope of their official duties relating to the examination, character and fitness qualification, and licensing of persons seeking to be admitted to the practice of law or seeking to be registered as a law student. 

(b) Records, statements of opinion and other information regarding an applicant for admission to the bar or for registration as a law student communicated by any entity, including any person, firm or institution, without malice, to the Board of Bar Examiners, or its members, employees or agents, are privileged and civil suits for damages predicated thereon may not be instituted.

Rule Sixteen

All rules or regulations governing the subject matter herein covered previously in effect are hereby cancelled, annulled, revoked, and hereafter to be of no force or effect.





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.